ORRY P. KORB, County Counsel (S.B. #114399)
MICHAEL C. SERVERIAN, Deputy County Counsel (S.B. #133203)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

IT IS SO ORDERED
Judge Edward J. Davila
Dated: 2/10/2015

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| ABDELHAMEAD IBRAHIM; ABDULLAH IBRAHIM; NORA ELSOKKARY; HAJAR IBRAHIM,<br><br>        Plaintiff,<br><br>v.<br><br>MARK EVANGELHO, BADGE NO. 2073; STEVEN FERNANDES, BADGE NO. 2095; JOHN DOE, and RICHARD ROE, individually and in their capacities as Santa Clara County Deputy Sheriffs, the true names and exact numbers of whom are unknown at this time, LAURIE SMITH, individually and in her capacity as Sheriff of Santa Clara County; COUNTY OF SANTA CLARA; DOES 1 to 100,<br><br>        Defendants. | No. 15-CV-00108 EJD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF SANTA CLARA TO RESPOND TO PLAINTIFFS' COMPLAINT** |

The parties, through their respective counsel of record, hereby stipulate and agree to extend time until March 13, 2015, for Defendant County of Santa Clara to file and serve a response to the Complaint of Plaintiffs Abdelhamead Ibrahim, Abdullah Ibrahim, Nora Elsokkary, and Hajar Ibrahim.

Defendant requested an extension based on the current workload of defense counsel and on the time and effort that will be necessary to prepare an appropriate responsive pleading.  This extension does not alter the date of any event or deadline already fixed by Court order.

1

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                              LAW OFFICES OF ANTHONY BOSKOVICH

Dated: February 2, 2015        By: _____/S/_____
                                         ANTHONY BOSKOVICH, ESQ.

                                           Attorney for Plaintiffs
                                         ABDELHAMEAD IBRAHIM, ABDULLAH
                                         IBRAHIM, NORA ELSOKKARY, and
                                         HAJAR IBRAHIM

                                         OFFICE OF THE COUNTY COUNSEL

Dated: February 2, 2015        By: _____/S/_____
                                         MICHAEL C. SERVERIAN

                                         Attorney for Defendant
                                       COUNTY OF SANTA CLARA