UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABDELHAMEAD IBRAHIM, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MARK EVANGELHO, BADGE NO. 2073, et al.,<br><br>　　　　Defendants. | Case No.   5:15-cv-00108-EJD<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 19 |

The parties submitted a Joint Case Management Statement on May 14, 2015.  See Dkt. No. 19.  However, contrary to the court's standing order, the parties have not proposed a schedule for litigation.  See Standing Order for All Judges of the Northern District of California, Contents of Joint Case Management Statement.  Moreover, while the parties request another Case Management Conference be scheduled for September or October, they did not provide a reason for this request.

Accordingly, the parties' request for a continuance of the Case Management Conference to September or October is DENIED.  The parties shall file a revised Joint Case Management Conference Statement which includes a proposed schedule for litigation on or before **May 22, 2015**.  The Case Management Conference scheduled for May 21, 2015 is VACATED.

**IT IS SO ORDERED.**

Dated: May 18, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 5:15-cv-00108-EJD
ORDER RE: CASE MANAGEMENT CONFERENCE