UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ABDELHAMEAD IBRAHIM, et al.,

    Plaintiffs,

  v.

MARK EVANGELHO, BADGE NO. 2073, et al.,

    Defendants.

Case No. 5:15-cv-00108-EJD

**ORDER TO SHOW CAUSE**

On May 26, 2015, the court issued a Case Management Order which scheduled the above-entitled action for a Trial Setting Conference on October 8, 2015, and required the parties to file a Joint Trial Setting Conference Statement on or before September 28, 2015. See Docket Item No. 22. As of the date and time this order was filed, however, the court has not received a statement from any party, joint or otherwise.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiffs do not, by **October 8, 2015**, file or cause to be filed a Joint Trial Setting Conference Statement which conforms to the undersigned's Standing Order or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

In light of this order, the Trial Setting Conference scheduled for October 8, 2015, is VACATED and will be reset if necessary upon resolution of the issue addressed herein.

**IT IS SO ORDERED.**

Dated: October 5, 2015

EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:15-cv-00108-EJD
ORDER TO SHOW CAUSE