Anthony Boskovich, No. 121198
policemisconduct@compuserve.com
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

408-286-5150

Attorney for plaintiffs

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ABDELHAMEAD IBRAHIM; ABDULLAH IBRAHIM; NORA ELSOKKARY; HAJAR IBRAHIM,<br>        *Plaintiff*,<br>v.<br><br>MARK EVANGELHO, BADGE NO. 2073; STEVEN FERNANDES, BADGE NO. 2095; JOHN DOE and RICHARD ROE, individually and in their capacities as Santa Clara County Deputy Sheriffs, the true names and exact numbers of whom are unknown at this time; LAURIE SMITH, individually and in her capacity as Sheriff of Santa Clara County; COUNTY OF SANTA CLARA; DOES 1 to 100,<br>        *Defendants*. | No. 15- cv-108 EJD<br><br>STIPULATION FOR ENLARGEMENT OF TIME TO SELECT DATE BY WHICH TO COMPLETE MEDIATION; [~~PROPOSED~~] ORDER |

      By order dated 15 October 2015, the parties were ordered to provide the Court with a date by which mediation would be completed on 22 October 2015.  The parties, through their counsel, hereby stipulate to mediation with William Simmons but have been unable to agree on the date by which mediation must be completed, and hereby further stipulate that the time in which to inform the Court of said date be enlarged to 6 November 2015.

Stipulation and [Proposed Order]                                                                                                    Page 1

*Boskovich & Appleton 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150*

1  As the Declaration of Anthony Boskovich shows, counsel for plaintiffs was on vacation until 19 October 2015, and since that time both counsel have met and conferred for over an hour regarding the timing of the mediation, and have discussed certain steps that are necessary to make mediation meaningful in this case. The parties agree that they need more time to rationally choose a date by which mediation should be completed such that the likelihood of success is maximized.

Dated: 23 October 2015

/s/ Anthony Boskovich
_____
Anthony Boskovich
Attorney for plaintiffs

/s/ Michael Serverian
_____
Michael Serverian
Attorney for defendants

**ORDER**

**GOOD CAUSE APPEARING**, time is enlarged to 6 November 2015 for the parties to inform the Court the date by which mediation will be completed.

Dated: \_\_\_\_10/26\_\_\_\_ 2015

_____
Judge of the United States District Court

Stipulation and [Proposed Order]                                                                          Page 2