UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ABDELHAMEAD IBRAHIM, et al.,

    Plaintiffs,

  v.

MARK EVANGELHO, BADGE NO. 2073, et al.,

    Defendants.

Case No. 5:15-cv-00108-EJD

**ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE**

Pursuant to ADR Local Rule 7-2, the above-entitled case is referred to Magistrate Judge Nathanael Cousins for a settlement conference to occur no later than July 20, 2016.  The parties are instructed to contact Judge Cousins' Courtroom Deputy to arrange a date and time for the conference.

**IT IS SO ORDERED.**

Dated:  June 17, 2016

_____
EDWARD J. DAVILA
United States District Judge