UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDELHAMEAD IBRAHIM, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MARK EVANGELHO, BADGE NO. 2073, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-00108 NC<br><br>**PRETRIAL CONFERENCE SUMMARY** |

The Court held a pretrial conference on October 26, 2016. The Court summarizes its rulings as follows:

1. The trial will take place in Courtroom 5 of the San Jose Courthouse, beginning at 9:00 a.m. on November 7, 2016.

2. Plaintiffs' motion for a continuance of trial is due October 27. Defendants may respond by October 28.

3. Based on the Court's order on the motion in limine to exclude expert testimony, the Court further clarifies that no witness may discuss a diagnosis received from a doctor, nor may a witness relay a conversation had with a doctor.

4. Information about the criminal charges and what occurred after certain plaintiffs were arrested is excluded as not relevant. The witnesses listed to testify about the criminal proceedings are excluded (Mayfield and Nishigaya).

5. The request to bifurcate punitive damages is GRANTED. The parties do not

Case No. 15-cv-00108 NC

request bifurcation of the damages phase of the trial in general.

6. The transcripts of the video recordings may be used as demonstratives in the courtroom. They will not be provided to the jury during deliberations, unless the parties agree otherwise.

7. Exhibit number 11, the Sherriff's General Order #17.09 is excluded as not relevant.

8. The 911 call, exhibit number 1, is excluded as not relevant.

9. The parties are encouraged to continue to meet and confer and propose stipulations for trial.

**IT IS SO ORDERED.**

Dated: October 26, 2016                               _____
                                                      NATHANAEL M. COUSINS
                                                      United States Magistrate Judge

Case No.:15-cv-00108-NC                2