UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDELHAMEAD IBRAHIM, ADBULLAH IBRAHIM, NORA ELSOKKARY, and HAJAR IBRAHIM,<br><br>Plaintiffs,<br><br>v.<br><br>MARK EVANGELHO, and STEVEN FERNANDES,<br><br>Defendants. | Case No. 15-cv-00108 NC<br><br>**VERDICT FORM** |

When answering the following question and completing this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously find the following verdict on the questions submitted to us:

Case No. 15-cv-00108 NC

# PART 1: CONSTITUTIONAL CLAIMS UNDER 42 U.S.C. § 1983

1. Did the following defendants unreasonably enter plaintiffs' home?

   | | Yes | No |
   |---|---|---|
   | Deputy Evangelho | Yes | No |
   | Deputy Fernandes | Yes | No |

2. Did the following defendants detain any plaintiff without reasonable suspicion?

   A) As to plaintiff Abdelhamead Ibrahim:

   | | Yes | No |
   |---|---|---|
   | Deputy Evangelho | Yes | No |
   | Deputy Fernandes | Yes | No |

   B) As to plaintiff Abdullah Ibrahim:

   | | Yes | No |
   |---|---|---|
   | Deputy Evangelho | Yes | No |
   | Deputy Fernandes | Yes | No |

   C) As to plaintiff Nora Elsokkary:

   | | Yes | No |
   |---|---|---|
   | Deputy Evangelho | Yes | No |
   | Deputy Fernandes | Yes | No |

   D) As to plaintiff Hajar Ibrahim:

   | | Yes | No |
   |---|---|---|
   | Deputy Evangelho | Yes | No |
   | Deputy Fernandes | Yes | No |

3. Did the following defendants arrest any plaintiff without probable cause?

   A) As to plaintiff Abdelhamead Ibrahim:

   | | Yes | No |
   |---|---|---|
   | Deputy Evangelho | Yes | No |
   | Deputy Fernandes | Yes | No |

   B) As to plaintiff Abdullah Ibrahim:

   | | Yes | No |
   |---|---|---|
   | Deputy Evangelho | Yes | No |
   | Deputy Fernandes | Yes | No |

United States District Court
Northern District of California

4. Did the following defendants use excessive force against any plaintiff?

   A) As to plaintiff Abdelhamead Ibrahim:

|  |  |  |
|---|---|---|
| Deputy Evangelho | Yes | No |
| Deputy Fernandes | Yes | No |

   B) As to plaintiff Abdullah Ibrahim:

|  |  |  |
|---|---|---|
| Deputy Evangelho | Yes | No |
| Deputy Fernandes | Yes | No |

   C) As to plaintiff Nora Elsokkary:

|  |  |  |
|---|---|---|
| Deputy Evangelho | Yes | No |
| Deputy Fernandes | Yes | No |

   D) As to plaintiff Hajar Ibrahim:

|  |  |  |
|---|---|---|
| Deputy Evangelho | Yes | No |
| Deputy Fernandes | Yes | No |

5. Did the following defendants violate any plaintiff's constitutional right to record police activity?

   A) As to plaintiff Abdelhamead Ibrahim:

|  |  |  |
|---|---|---|
| Deputy Evangelho | Yes | No |
| Deputy Fernandes | Yes | No |

   B) As to plaintiff Abdullah Ibrahim:

|  |  |  |
|---|---|---|
| Deputy Evangelho | Yes | No |
| Deputy Fernandes | Yes | No |

   C) As to plaintiff Hajar Ibrahim:

|  |  |  |
|---|---|---|
| Deputy Evangelho | Yes | No |
| Deputy Fernandes | Yes | No |

6. Did defendant Deputy Evangelho violate plaintiff Nora Elsokkary's constitutional right by removing a knife from the home?

        Yes        No

7. If you find that the defendants violated the civil rights of any plaintiff, was their conduct motivated by plaintiff's race, religion, or ethnicity?

   A) As to plaintiff Abdelhamead Ibrahim:

|  | | |
|---|---|---|
| Deputy Evangelho | Yes | No |
| Deputy Fernandes | Yes | No |

   B) As to plaintiff Abdullah Ibrahim:

|  | | |
|---|---|---|
| Deputy Evangelho | Yes | No |
| Deputy Fernandes | Yes | No |

   C) As to plaintiff Nora Elsokkary:

|  | | |
|---|---|---|
| Deputy Evangelho | Yes | No |
| Deputy Fernandes | Yes | No |

   D) As to plaintiff Hajar Ibrahim:

|  | | |
|---|---|---|
| Deputy Evangelho | Yes | No |
| Deputy Fernandes | Yes | No |

*If you answered Yes to any portion of Questions 1 through 7, please proceed to Questions 8 and 9; if not, please proceed to Question 10.*

8. What amount do you award to any plaintiff as compensatory damages for the violation of his or her constitutional rights from the following defendants? Answer in dollars or indicate NONE.

   A) As to plaintiff Abdelhamead Ibrahim:

      Deputy Evangelho        $_____

      Deputy Fernandes        $_____

   B) As to plaintiff Abdullah Ibrahim:

      Deputy Evangelho        $_____

      Deputy Fernandes        $_____

   C) As to plaintiff Nora Elsokkary:

      Deputy Evangelho        $_____

      Deputy Fernandes        $_____

   D) As to plaintiff Hajar Ibrahim:

      Deputy Evangelho        $_____

      Deputy Fernandes        $_____

9. Did the following defendants violate any plaintiff's Constitutional rights by conduct that was malicious, oppressive, or in reckless disregard for any plaintiff's rights?

      Deputy Evangelho        Yes        No

      Deputy Fernandes        Yes        No

*Any damages awarded for the claims listed below should only include amounts that are in excess of the amounts awarded above.*

## PART 2: NEGLIGENCE

10. Were the following defendants negligent in their dealings with any plaintiff?

    A) As to plaintiff Abdelhamead Ibrahim:

    | | | |
    |---|---|---|
    | Deputy Evangelho | Yes | No |
    | Deputy Fernandes | Yes | No |

    B) As to plaintiff Abdullah Ibrahim:

    | | | |
    |---|---|---|
    | Deputy Evangelho | Yes | No |
    | Deputy Fernandes | Yes | No |

    C) As to plaintiff Nora Elsokkary:

    | | | |
    |---|---|---|
    | Deputy Evangelho | Yes | No |
    | Deputy Fernandes | Yes | No |

    D) As to plaintiff Hajar Ibrahim:

    | | | |
    |---|---|---|
    | Deputy Evangelho | Yes | No |
    | Deputy Fernandes | Yes | No |

*If you answered Yes to any defendant, please proceed to Question 11.*
*If not, please proceed to Question 15.*

11. What amount, if any do you award to plaintiff as compensatory damages, without apportionment for fault, for the negligence of the following defendants? Answer in dollars or indicate none.

    A) As to plaintiff Abdelhamead Ibrahim:

    | | |
    |---|---|
    | Deputy Evangelho | $_____ |
    | Deputy Fernandes | $_____ |

Case No. 15-cv-00108 NC              6

B) As to plaintiff Abdullah Ibrahim:

    Deputy Evangelho        $_____

    Deputy Fernandes       $_____

C) As to plaintiff Nora Elsokkary:

    Deputy Evangelho        $_____

    Deputy Fernandes       $_____

D) As to plaintiff Hajar Ibrahim:

    Deputy Evangelho        $_____

    Deputy Fernandes       $_____

12. Was any plaintiff negligent?

        Yes                No

*If you answered Yes, please proceed to Question 13.  If not, please proceed to Question 15.*

13. Was the negligence of any plaintiff a cause of injury to himself or herself?

        Yes                No

*If your answer is No, please proceed to question 15.*

Case No. 15-cv-00108 NC       7

14. Assuming that 100% represents the total negligence and fault and wrongful conduct which was the cause of the plaintiff's injury, what percentage of this 100% is due to the comparative negligence of the plaintiff and what percentage of this 100% is due to the negligence of the defendants and all other persons?

   A) As to plaintiff Abdelhamead Ibrahim:

   | | |
   |---|---|
   | Deputy Evangelho | _____% |
   | Deputy Fernandes | _____% |
   | Abdelhamead Ibrahim | _____% |
   | Abdullah Ibrahim | _____% |
   | Nora Elsokkary | _____% |
   | Hajar Ibrahim | _____% |

   B) As to plaintiff Abdullah Ibrahim:

   | | |
   |---|---|
   | Deputy Evangelho | _____% |
   | Deputy Fernandes | _____% |
   | Abdullah Ibrahim | _____% |
   | Abdelhamead Ibrahim | _____% |
   | Nora Elsokkary | _____% |
   | Hajar Ibrahim | _____% |

   C) As to plaintiff Nora Elsokkary:

   | | |
   |---|---|
   | Deputy Evangelho | _____% |
   | Deputy Fernandes | _____% |
   | Nora Elsokkary | _____% |
   | Abdelhamead Ibrahim | _____% |
   | Abdullah Ibrahim | _____% |
   | Hajar Ibrahim | _____% |

D) As to plaintiff Hajar Ibrahim:

| | |
|---|---|
| Deputy Evangelho | _____% |
| Deputy Fernandes | _____% |
| Hajar Ibrahim | _____% |
| Abdelhamead Ibrahim | _____% |
| Abdullah Ibrahim | _____% |
| Nora Elsokkary | _____% |

*Any damages awarded for the claims listed below should only include amounts that are in excess of the amounts awarded above.*

## PART 3: BATTERY

15. Did the following defendants commit a battery against any plaintiff?

A) As to plaintiff Abdelhamead Ibrahim:

| | | |
|---|---|---|
| Deputy Evangelho | Yes | No |
| Deputy Fernandes | Yes | No |

B) As to plaintiff Abdullah Ibrahim:

| | | |
|---|---|---|
| Deputy Evangelho | Yes | No |
| Deputy Fernandes | Yes | No |

C) As to plaintiff Nora Elsokkary:

| | | |
|---|---|---|
| Deputy Evangelho | Yes | No |
| Deputy Fernandes | Yes | No |

D) As to plaintiff Hajar Ibrahim:

| | | |
|---|---|---|
| Deputy Evangelho | Yes | No |
| Deputy Fernandes | Yes | No |

*If you answered Yes to any defendant, please proceed to Question 16.*

*If not, please proceed to Question 18.*

Case No. 15-cv-00108 NC            9

16. What amount, if any, do you award to any plaintiff as compensatory damages for the battery from the following defendants?  Answer in dollars or indicate none.

   A) As to plaintiff Abdelhamead Ibrahim:

       Deputy Evangelho        $_____

       Deputy Fernandes        $_____

   B) As to plaintiff Abdullah Ibrahim:

       Deputy Evangelho        $_____

       Deputy Fernandes        $_____

   C) As to plaintiff Nora Elsokkary:

       Deputy Evangelho        $_____

       Deputy Fernandes        $_____

   D) As to plaintiff Hajar Ibrahim:

       Deputy Evangelho        $_____

       Deputy Fernandes        $_____

17. Did the following defendants commit a battery by conduct that was malicious, oppressive, or in reckless disregard for any plaintiff's rights?

       Deputy Evangelho    Yes    No

       Deputy Fernandes    Yes    No

Case No. 15-cv-00108 NC        10

*Any damages awarded for the claims listed below should only include amounts that are in excess of the amounts awarded above.*

## PART 4: CALIFORNIA CIVIL RIGHTS

18. Did the following defendants make a distinction based on a plaintiff's race, religion, or national origin that denied full and equal privileges to any plaintiff?

   A) As to plaintiff Abdelhamead Ibrahim:

   | | | |
   |---|---|---|
   | Deputy Evangelho | Yes | No |
   | Deputy Fernandes | Yes | No |

   B) As to plaintiff Abdullah Ibrahim:

   | | | |
   |---|---|---|
   | Deputy Evangelho | Yes | No |
   | Deputy Fernandes | Yes | No |

   C) As to plaintiff Nora Elsokkary:

   | | | |
   |---|---|---|
   | Deputy Evangelho | Yes | No |
   | Deputy Fernandes | Yes | No |

   D) As to plaintiff Hajar Ibrahim:

   | | | |
   |---|---|---|
   | Deputy Evangelho | Yes | No |
   | Deputy Fernandes | Yes | No |

*If your answer to Question 18 is Yes as to any defendant, please proceed to Question 19. If not, please proceed to Question 20.*

19. What amount, if any, do you award plaintiff as compensatory damages for this California civil rights violation from the following defendants?  Answer in dollars or indicate none.

   A) As to plaintiff Abdelhamead Ibrahim:
       Deputy Evangelho       $_____
       Deputy Fernandes       $_____

   B) As to plaintiff Abdullah Ibrahim:
       Deputy Evangelho       $_____
       Deputy Fernandes       $_____

   C) As to plaintiff Nora Elsokkary:
       Deputy Evangelho       $_____
       Deputy Fernandes       $_____

   D) As to plaintiff Hajar Ibrahim:
       Deputy Evangelho       $_____
       Deputy Fernandes       $_____

*Any damages awarded for the claims listed below should only include amounts that are in excess of the amounts awarded above.*

20. Did the following defendants use violence or make a threat of violence against any plaintiff because of his or her race, religion, or national origin?

   A) As to plaintiff Abdelhamead Ibrahim:
       Deputy Evangelho       Yes       No
       Deputy Fernandes       Yes       No

   B) As to plaintiff Abdullah Ibrahim:
       Deputy Evangelho       Yes       No
       Deputy Fernandes       Yes       No

    C) As to plaintiff Nora Elsokkary:

        Deputy Evangelho        Yes        No

        Deputy Fernandes        Yes        No

    D) As to plaintiff Hajar Ibrahim:

        Deputy Evangelho        Yes        No

        Deputy Fernandes        Yes       No

*If your answer to Question 20 is Yes as to any defendant, please proceed to Question 21.*

*If not, please proceed to Question 23.*

21. What amount, if any, do you award plaintiff as compensatory damages for this California civil rights violation from the following defendants?  Answer in dollars or indicate none.

    A) As to plaintiff Abdelhamead Ibrahim:

        Deputy Evangelho        $_____

        Deputy Fernandes        $_____

    B) As to plaintiff Abdullah Ibrahim:

        Deputy Evangelho        $_____

        Deputy Fernandes        $_____

    C) As to plaintiff Nora Elsokkary:

        Deputy Evangelho        $_____

        Deputy Fernandes        $_____

    D) As to plaintiff Hajar Ibrahim:

        Deputy Evangelho        $_____

        Deputy Fernandes        $_____

22. Did the following defendants commit a California civil rights violation by conduct that was malicious, oppressive, or in reckless disregard for any plaintiff's rights?

| | | |
|---|---|---|
| Deputy Evangelho | Yes | No |
| Deputy Fernandes | Yes | No |

*Any damages awarded for the claims listed below should only include amounts that are in excess of the amounts awarded above.*

**PART 5: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

23. Did the following defendants act outrageously, intentionally causing any plaintiff severe emotional distress?

   A) As to plaintiff Abdelhamead Ibrahim:

| | | |
|---|---|---|
| Deputy Evangelho | Yes | No |
| Deputy Fernandes | Yes | No |

   B) As to plaintiff Abdullah Ibrahim:

| | | |
|---|---|---|
| Deputy Evangelho | Yes | No |
| Deputy Fernandes | Yes | No |

   C) As to plaintiff Nora Elsokkary:

| | | |
|---|---|---|
| Deputy Evangelho | Yes | No |
| Deputy Fernandes | Yes | No |

   D) As to plaintiff Hajar Ibrahim:

| | | |
|---|---|---|
| Deputy Evangelho | Yes | No |
| Deputy Fernandes | Yes | No |

*If your answer to Question 23 is Yes as to any defendant, please proceed to Question 24. If not, please skip to the bottom and have the Presiding Juror sign and date this form.*

24. What amount, if any, do you award to any plaintiff as compensatory damages for the intentional infliction of emotional distress from the following defendants? Answer in dollars or indicate none.

   A) As to plaintiff Abdelhamead Ibrahim:
   
       Deputy Evangelho    $_____
   
       Deputy Fernandes    $_____
   
   B) As to plaintiff Abdullah Ibrahim:
   
       Deputy Evangelho    $_____
   
       Deputy Fernandes    $_____
   
   C) As to plaintiff Nora Elsokkary:
   
       Deputy Evangelho    $_____
   
       Deputy Fernandes    $_____
   
   D) As to plaintiff Hajar Ibrahim:
   
       Deputy Evangelho    $_____
   
       Deputy Fernandes    $_____

25. Did the following defendants intentionally inflict emotional distress by conduct that was malicious, oppressive, or in reckless disregard for any plaintiff's rights?

       Deputy Evangelho    Yes    No
   
       Deputy Fernandes    Yes    No

Case No. 15-cv-00108 NC    15

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The presiding juror should then sign and date the verdict form. Once you have completed the verdict form, notify the court security officer that you have reached a verdict.

Dated: November \_\_\_\_\_, 2016            _____
                                                                         PRESIDING JUROR


                                                                         _____
                                                                         PRINT NAME